**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT PADUCAH**

**SCOTT KOEBLER**
    Plaintiff

**v.**                                                                                                No. 5:06CV-00152-J

**MICHAEL ASTRUE**
    Commissioner of Social Security
    Defendant

**ORDER OF REMAND**

The court has conducted a de novo review of the magistrate judge's report in light of the objections thereto and the record as a whole. The magistrate judge's report is hereby adopted, and its findings and conclusions are incorporated by reference herein.

Accordingly, it is hereby ORDERED that the final decision of the Commissioner be REVERSED and that this matter be REMANDED to the Commissioner for calculation and payment of past-due Title II and Title XVI benefits based upon the plaintiff's applications for benefits on or about August 12, 2004, and his alleged onset of disability date of December 27, 2003.

The Clerk of Court shall enter a separate judgment as required by Fed.R.Civ.P. 58.

This is a final and appealable order, and there is no just cause for delay.